No. 89–1078.   CASEY, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* WEST VIRGINIA UNIVERSITY HOSPITALS, INC.   C. A. 3d Cir. Certiorari denied.

No. 89–1104.   ALCAN FOIL PRODUCTS DIVISION OF ALCAN ALUMINUM CORP. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 89–1148.   DUTHU ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari denied.

No. 89–1305.   HOWELL ET AL. *v.* SUPREME COURT OF TEXAS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–1360.   DEVORE *v.* KERR ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–1396.   SOUTHERN PACIFIC TRANSPORTATION CO. *v.* EVANS.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–1464.   NOBLE *v.* TENNESSEE VALLEY AUTHORITY. C. A. Fed. Cir.   Certiorari denied.

No. 89–1484.   INVESTMENT COMPANY INSTITUTE *v.* SECURITIES AND EXCHANGE COMMISSION;
No. 89–1502.   AMERICAN STOCK EXCHANGE, INC., ET AL. *v.* CHICAGO MERCANTILE EXCHANGE ET AL.; and
No. 89–1503.   PHILADELPHIA STOCK EXCHANGE, INC. *v.* CHICAGO MERCANTILE EXCHANGE ET AL.   C. A. 7th Cir.   Certiorari denied.   Reported below: 883 F. 2d 537.

No. 89–1501.   NATIONAL FEDERATION OF FEDERAL EMPLOYEES ET AL. *v.* CHENEY, SECRETARY OF DEFENSE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 89–1549.   LEE ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 9th Cir.   Certiorari denied.